1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8                   EASTERN DISTRICT OF CALIFORNIA

9

JOE HAND PROMOTIONS, INC.,            )        1:09cv00290 LJO DLB

10                                      )
                                        )        ORDER AUTHORIZING
11                                      )        PROCESS SERVER TO LEVY
                                        )        EXECUTION PURSUANT TO
12              Plaintiff,              )        CALIFORNIA CODE OF CIVIL
                                        )        PROCEDURE § 699.080
13                                      )
        vs.                             )        (Document 19)
14                                      )
ARTURO J. HADDOCK,                     )
15                                      )
                                        )
16              Defendant.             )
        _____)

17

18          On August 20, 2009, the Court granted Plaintiff Joe Hand Promotions, Inc.'s ("Plaintiff")

motion for default judgment against Defendant Arturo J. Haddock, doing business as Blitz.  Also on
19
August 20, 2009, the Clerk of the Court entered default judgment in favor of Plaintiff.
20
            On September 7, 2009, Plaintiff filed an ex parte application for entry of an order authorizing
21
a process server to levy execution pursuant to California Code of Civil Procedure § 699.080.
22
                                       **DISCUSSION**
23
            The execution of final judgments is governed by Rule 69(a) of the Federal Rules of Civil
24
Procedure.  Rule 69(a) provides:
25

26
            (1) Money Judgment; Applicable Procedure. A money judgment is
27          enforced by a writ of execution, unless the court directs otherwise. The

28                                          1

1

2

      procedure on execution--and in proceedings supplementary to and in
aid of judgment or execution--must accord with the procedure of the
state where the court is located, but a federal statute governs to the
extent it applies.

3

4

5

      (2) Obtaining Discovery. In aid of the judgment or execution, the
judgment creditor or a successor in interest whose interest appears of
record may obtain discovery from any person--including the judgment
debtor--as provided in these rules or by the procedure of the state
where the court is located.

6

7

Fed.R.Civ.P. 69(a).  Pursuant to Rule 69(a), post-judgment enforcement proceedings must comply

with California law.  *Credit Suisse v. U.S. Dist. Court for Cent. Dist. of California*, 130 F.3d 1342,

8

1344 (9th Cir. 1997); *Hilao v. Estate of Marcos*, 95 F.3d 848, 850 (9th Cir. 1996).

9

10

      Under California law, a registered process server may levy under a writ of execution on

property specified in California Code of Civil Procedure § 699.080(a).  A registered process server is

11

a person registered as a process server pursuant to the Business and Professions Code.  *See*

12

Cal.Civ.Proc.Code § 481.250 (citing Cal. Bus. & Prof. Code §§ 22350 to 22360).  This authority is

13

limited to cases where the levy does not involve the possibility of taking immediate possession of the

14

property.  California Civil Procedure Code § 699.080 provides:

15

16

      (b) Before levying under the writ of execution, the registered process
server shall deposit a copy of the writ with the levying officer and pay
the fee provided by Section 26721 of the Government Code.

17

      (c) If a registered process server levies on property pursuant to
subdivision (a), the registered process server shall do both of the
following:

18

      (1) Comply with the applicable levy, posting, and service provisions of
Article 4 (commencing with Section 700.010).

19

      (2) Request any third person served to give a garnishee's memorandum
to the levying officer in compliance with Section 701.030 on a form
provided by the registered process server.

20

      (d) Within five court days after levy under this section, all of the
following shall be filed with the levying officer:

21

      (1) The writ of execution.

22

      (2) A proof of service by the registered process server stating the
manner of levy performed.

23

      (3) Proof of service of the copy of the writ and notice of levy on other
persons, as required by Article 4 (commencing with Section 700.010).

24

      (4) Instructions in writing, as required by the provisions of Section 687.010.

25

      (e) If the fee provided by Section 26721 of the Government Code has been paid, the
levying officer shall perform all other duties under the writ as if the levying officer

26

had levied under the writ and shall return the writ to the court. If the registered
process server does not comply with subdivisions (b) and (d), the levy is ineffective

27

and the levying officer is not required to perform any duties under the writ and may

28

2

1    issue a release for any property sought to be levied upon.
     (f) The fee for services of a registered process server under this section shall be
2    allowed as a recoverable cost pursuant to Section 1033.5.
     (g) A registered process server may levy more than once under the same writ of
3    execution, provided that the writ is still valid.

4    Cal.Code Civ.Proc. § 699.080.

5        The Court has reviewed the documents filed by Plaintiff.  The Court finds that Jeffrey L.

6    Schuitema of Legalese Attorney Service is a registered process server, having filed a certificate of

7    registration in Sacramento County.  Based on the declaration of Plaintiff's attorney, the Court finds

8    that the interests of justice would be served by relieving the United States Marshal from effectuating

9    certain types of services necessary to effectuate collection of the judgment in this action.  The Court

10   also notes that the use of a process server is routine in the enforcement of judgments and is

11   authorized by California law.

12                                   **ORDER**

13       Accordingly, IT IS HEREBY ORDERED that:

14   1.    Plaintiff may employ the services of Jeffrey L. Schuitema of Legalese Attorney

15         Service to perform the duties and responsibilities of levying officer as defined under

16         California Code of Civil Procedure § 699.080; and

17   2.    Jeffrey L. Schuitema of Legalese Attorney Service SHALL comply with the

18         requirements of the California Code of Civil Procedure concerning the enforcement of

19         judgments, including California Code of Civil Procedure § 699.080.

20       IT IS SO ORDERED.

21   **Dated:    September 8, 2009**            ____/s/ Lawrence J. O'Neill____
                                               UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28
                                        3